IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KELLY GILLIS, | No. 4:20-CV-00424 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| LYCOMING-CLINTON COUNTIES COMMISSION FOR COMMUNITY ACTION (STEP), INC., | |
| Defendant. | |

## ORDER

**JUNE 1, 2022**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. The Defendants' Motion for Summary Judgment (Doc. 24) is **GRANTED**;

2. Final Judgment is entered in favor of the Defendant and against Plaintiff Kelly Gillis; and

3. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge